NEPV

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 4 2009

**FINANCIAL AFFIDAVIT**

IN UNITED STATES   ☑ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

| IN THE CASE OF | | LOCATION NUMBER |
|---|---|---|
| USA v.s. Purell | FOR CD Cal | ▶ 05301 |
| Dale | AT Los Angeles | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| ▶ Dale Purell | 1 ☑ Defendant—Adult | Magistrate mj 09-1902 |
| | 2 ☐ Defendant - Juvenile | |
| | 3 ☐ Appellant | District Court |
| | 4 ☐ Probation Violator | |
| | 5 ☐ Parole Violator | |
| CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor | 6 ☐ Habeas Petitioner | Court of Appeals |
| 18 USC 2251 | 7 ☐ 2255 Petitioner | |
| | 8 ☐ Material Witness | |
| | 9 ☐ Other | |

| | | |
|---|---|---|
| **EMPLOY-MENT** | Are you now employed? ☐ Yes ☐ No ☑ Am Self-Employed | |
| | Name and address of employer: BEI DMA Hosting, Internet Business | |
| | IF YES, how much do you earn per month? $ _____ | IF NO, give month and year of last employment 400-1100 How much did you earn per month? $ 400-1100 |
| | If married is your Spouse employed? ☐ Yes ☑ No | |
| | IF YES, how much does your Spouse earn per month? $ _____ | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____ |

| ASSETS | **OTHER INCOME** | Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No | | |
|---|---|---|---|---|
| | | | RECEIVED | SOURCES |
| | | IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES | $ _____ | _____ |
| | **CASH** | Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $ 100?? | | |
| | **PROP-ERTY** | Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No | | |
| | | | VALUE | DESCRIPTION |
| | | IF YES, GIVE THE VALUE AND $ DESCRIBE IT | _____ | _____ |
| | | | _____ | _____ |
| | | | _____ | _____ |
| | | | _____ | _____ |

| OBLIGATIONS & DEBTS | **DEPENDENTS** | MARITAL STATUS | Total No. of Dependents | List persons you actually support and your relationship to them |
|---|---|---|---|---|
| | | ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED | 3 | 3 children |
| | **DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
| | | | | $ _____ | $ _____ |
| | | | | $ _____ | $ _____ |
| | | | | $ _____ | $ _____ |
| | | | | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 8/24/09

I hereby attest and certify on 8/31/09 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Dale Russell

1200