## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | MJ 09-01902 | | Date | August 26, 2009 |
|---|---|---|---|---|

| Present: The Honorable | ALICIA G. ROSENBERG, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| Interpreter | |
|---|---|

| Marine Pogosyan | None | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| DALE RUSSELL | | | | | | | |

**Proceedings:** In Chambers: RE ADVANCING IDENTITY HEARING

    The Court on its own motion advances the Identity Hearing previously set for September 1, 2009, at 10:00 a.m. to August 28, 2009, at 10:30 a.m. in Duty Courtroom 341 - Roybal Courthouse.

    Further, the Detention Hearing set for August 28, 2009 at 10:30 a.m. in Courtroom 826 "D" located in Spring Street Courthouse is changed to Duty Courtroom 341 - Roybal Courthouse.

|  | 0 : 0 |
|---|---|
|  | Initials of Deputy Clerk    mp |

cc: Parties