**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

DATE: 8/31/09

Southern District Of Indiana
46 East Ohio Street, Room 105
Indianapolis, IN 46204

Transfer of ☐ Criminal Case or ☑ Magistrate Case
Case No. 09 MJ 1902                Case Title: USA V Dale Russell

Dear Sir/Madam:

**Pursuant to Rule 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond    or    ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport    or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other

**Pursuant to ☐ Rule 20 / ☐ Rule 21:**
☐ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport    or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other

**\*\*Note: Documents filed on or after January 1, 2007 are available electronically through PACER.**
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  M. Hernandez 213.894.7985
       Deputy Clerk

*cc:  U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☑ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☐ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: _____                Clerk, U.S. District Court

                                        By: _____
Date                                    Deputy Clerk

CR-48 (05/08)            **LETTER RE: RULE 5, 20 and 21 - TRANSFER OUT**