UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:08-cr-04-SEB-KPF |
| | ) | |
| DALE RUSSELL, | ) | |
| Defendant. | ) | |

## DEFENDANT'S TENDERED VOIR DIRE QUESTIONS

Defendant Dale Russell, by counsel, respectfully moves the Court to make the following inquiry of the prospective jurors:

1. The nature of any moral, religious or personal objections the prospective juror may have to the display of:

   a. sexually explicit material:

   b. depictions of full frontal nudity;

   c. depictions of nudity in children.

2. Whether the juror's moral, religious or personal beliefs would interfere with his/her ability to:

   a. view sexually explicit material;

   b. discuss the nature of such material with fellow jurors, including those of the opposite sex; and

   c. consider such material with an open mind.

3. Whether any juror, the jurors family or close friends have ever been the victim of a sexual offense. If so, what impact does have on the juror's ability to fairly

consider the evidence in this case?

4. The nature or any information and/or publicity to which the juror has been exposed regarding sexually explicit material and/or alleged child pornography.

5. What periodicals or newspapers, if any, does the juror commonly read.

Respectfully submitted,

*James C. McKinley*
James C. McKinley
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 752
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

The foregoing was hand delivered to Asst. U.S. Attorneys Gayle Helart and Brant Cook this 1st day of March, 2010.

*James C. McKinley*
James C. McKinley