Dale Russell

Reg. No. 56938-112

USP Tucson

PO BOX 24550

Tucson, AZ  85734-4550



August 3, 2010

Clerk of the District Court for the
 Southern District of Indiana
46 E. Ohio St., Rm 105
Indianapolis, Indiana  46204

RE: Criminal Case # 1:08CR00004-001 SEB-KPF.

Dear Clerk,

My name is Dale Russell.  I am writing to request a copy of the Criminal Docket Sheet and the Indictment for the above-referenced case.  Please send these to me at the address, above, with the outside of the envelope marked, "SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF INMATE."

Thank you for your help in this matter.

Sincerely,

Dale Russell

Dale Russell