UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| | ) 1:08-cr-004-01 SEB-KPF |
| vs. | ) ) |
| DALE RUSSELL, | ) ) |
| Defendant. | ) |

## ORDER TO REDACT TRANSCRIPT

In accordance with the April 22, 2009, Memorandum issued by the Judicial Conference of the United States providing guidance to the courts for the handling of transcripts in the context of electronic case filing, the Court orders that the following portions of the trial transcript in this cause be redacted before being made publicly available through PACER. These redactions remove from the publicly available transcript the names of individuals participating in the trial as jurors for the protection of their privacy interests.

Volume III, p. 483, line 21

Volume III, p. 489, line 16

Volume III, p. 491, line 5

Volume III, p. 492, lines 16, 19, 23, 23 & 25

Volume III, p. 493, lines 2, 4, 6, 8, 10 & 14

IT IS SO ORDERED.

Date: 09/10/2010

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

A. Brant Cook
UNITED STATES ATTORNEY'S OFFICE
brant.cook@usdoj.gov

Jessie A. Cook
LAW OFFICE OF JESSE A. COOK
jacook@iquest.net

Gayle Helart
UNITED STATES ATTORNEY'S OFFICE
gayle.helart@usdoj.gov

Court Reporter