UNITED STATES DISTRICT COURT
Southern District of Indiana
Office of the Clerk

| | |
|---|---|
| 105 U.S. COURTHOUSE | LAURA A. BRIGGS |
| 46 EAST OHIO STREET | CLERK |
| INDIANAPOLIS, IN  46204 | 317-229-6700 |

February 3, 2011

**SUPPLEMENTAL RECORD TRANSMITTAL LETTER**

GINO AGNELLO, CLERK
U.S.  COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
219 SOUTH DEARBORN STREET, ROOM 2722
CHICAGO, IL  60604

UNITED STATES OF AMERICA
PLTF/APPELLEE

    V.

DALE RUSSELL
DEFT/APPELLANT

DISTRICT COURT NO.     1:08-cr-0004-SEB-KPF-1
APPELLATE NO.  10-2259

Dear Mr. Agnello:

    Enclosed herewith please find the **SUPPLEMENTAL** record on appeal. It consists of the following:

    (03) ENVELOPES/FOLDERS OF *** SENSITIVE *** EXHIBITS
    (01) FOLDER *** SEALED *** EXHIBITS

Yours very truly,

*Theresa M. Amato*

Theresa M. Amato
Deputy Clerk