Dale Russell, 56938-112

USP Tucson

PO Box 24550

Tucson, Arizona   85734

**RECEIVED**

APR 09 2012

**U.S. CLERK'S OFFICE
INDIANAPO..., INDIANA**

April 3, 2012

Laura A. Briggs, District Clerk

U.S. Courthouse

46 E. Ohio Street, Room 105

Indianapolis, Indiana   46204


RE: Case Number: 1:08-CR-004-SEB-KPF-1


Dear District Clerk,

        I need to get a copy of my docket sheet.  Please send
by mail to me at the above address.

        Your help is sincerely appreciated.


        Thank you,

        *Dale Russell*

        Dale Russell