Dale Russell, 56938-112

USP Tucson

PO Box 24550

Tucson, Arizona   85734

April 3, 2012

**RECEIVED**
APR 09 2012
**U.S. CLERK'S OFFICE**
**INDIANAPOLIS, INDIANA**

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
2012 APR -9  PM 4: 08
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Laura A. Briggs, District Clerk

U.S. Courthouse

46 E. Ohio Street, Room 105

Indianapolis, Indiana   46204

RE: Case Number: 1:08-CR-004-SEB-KPF-1

Defendant is represented by counsel.  All requests for case materials should come by and through counsel.
Date:  04/17/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Dear District Clerk,

    I need to get a copy of my docket sheet.  Please send by mail to me at the above address.

    Your help is sincerely appreciated.

    Thank you,

    *Dale Russell*

    Dale Russell

Copies to:

Electronically registered counsel of record