Dale Russell, 56938-112

USP Tucson

PO Box 24550

Tucson, Arizona   85734



January 17, 2014

Clerk of Court

U.S. District Court

46 East Ohio Street, Room 105

Indianapolis, Indiana   46204

RE: case #1:08-cr-004-SEB-KPF

Dear Clerk of Court,

    A check is being sent from my facility here to make a payment for special assessment fees.  When it arrives, please send a receipt for the payment and an account statement to me at the above address.

    Thank you.  I appreciate your assistance.

Sincerely,

*Dale Russell*

Dale Russell