UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )   1:08-cr-00004-SEB-KPF |
| DALE RUSSELL, | ) ) ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Comes now, John E. Childress, Acting United States Attorney for the Southern District of Indiana, by Bradley A. Blackington, Assistant United States Attorney for the Southern District of Indiana, and moves this Court to substitute Bradley A. Blackington, Assistant United States Attorney, as counsel in this case on behalf of the United States of America for the appearances of A. Brant Cook, Gayle Helart and Joe Howard Vaughn, whose appearances should be withdrawn.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:  *s/ Bradley A. Blackington*
Bradley A. Blackington
Assistant United States Attorney