1:08-CR-4-SEB-KPF

```
Dale Russell, 56938-112
FCI Marianna
P.O. Box 7007
Marianna, Florida  32447-7007
```

**FILED**

**12/04/2020**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

November 30, 2020

```
United States District Court
46 East Ohio Street, Room 105
Indianapolis, Indiana  46204
```

Dear Clerk of Court:
    Please update my address in your records to that shown above.
    Thank you for your assistance.

Sincerely,

*[signature]*

Dale Russell